```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

BARON JOHNSON                                        CIVIL ACTION

VERSUS                                               NO: 10-1770

JAMES M. LEBLANC, ET AL.                             SECTION: R(4)


### ORDER

The Court, finding that as of this date no party has filed any objections to the Magistrate Judge's Report and Recommendation (R. Doc. 25), hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's suit is DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure unless he amends his complaint within twenty (20) days to set forth a cause of action which provides the defendants with sufficient notice of his claims.


New Orleans, Louisiana, this __1st__ day of June, 2011.

_____
            SARAH S. VANCE
       UNITED STATES DISTRICT JUDGE